UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EVAN RATCLIFF,<br><br>Plaintiff,<br><br>v.<br><br>C/O M. ROWLEY, et al.,<br><br>Defendants. | Case No. 3:14-cv-00087-MMD-VPC<br><br>ORDER |

Plaintiff, who is in the custody of the Nevada Department of Corrections, has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff did not pay the filing fee, nor did he submit an application to proceed *in forma pauperis* along with a financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

It is therefore ordered that plaintiff shall file an application to proceed *in forma pauperis*, accompanied by a signed financial certificate and a statement of his inmate account. The Clerk of the Court shall send plaintiff a blank application form for incarcerated litigants. In the alternative, plaintiff shall make the necessary arrangements to pay the filing fee of three hundred fifty dollars ($350.00), accompanied by a copy of this order. Plaintiff shall have thirty (30) days from the date on which this order is entered to comply. Failure to comply will result in the dismissal of this action.

DATED THIS 4th day of March 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE